■ RONALD A. MARLETT et al., Appellants, v PETR-ALL PETROLEUM CORPORATION et al., Respondents. [743 NYS2d 348] —Appeal from an order and judgment (one document) of Supreme Court, Onondaga County (Murphy, J.), entered January 19, 2001, which granted defendants' motion for summary judgment.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Murphy, J. Present—Pine, J.P., Wisner, Kehoe, Gorski and Lawton, JJ.